# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|     Kimberly Gail Ludwig | ) | |
| | ) | Case No. 13 B 32960 |
|     Debtors. | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Nancy Schaul, as Administrator for the Estate of Gary Crawford, | ) | Adversary Case No. 13 A 01345 |
|     Plaintiff, | ) | |
| v. | ) | |
| Kimberly Gail Ludwig | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING

To: David E. Cohen
Fisher Cohen Waldman Shapiro LLP
1247 Waukegan Road, Suite 100
Glenview, IL 60603

    Please take notice that on February 7, 2014 we caused to be filed the attached **Response to Defendant's Motion to Dismiss**, a copy of which is served upon you.

                                            /s/ Konstantine Sparagis

Konstantine Sparagis (#6256702)
Morgan Marcus (#6309607)
The Law Offices of Konstantine Sparagis, P.C.
900 West Jackson Blvd., Suite 4E
Chicago, IL 60607
(312) 753-6956

## PROOF OF SERVICE

    I, Konstantine Sparagis, an attorney, certify that I caused complete copies of this Notice and attachments to be electronically served upon the above party via ECF on February 7, 2014.

                                            /s/ Konstantine Sparagis