13-1143

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **Kimberly Gail Ludwig,** | ) | No. **13-32960** |
| | ) | |
| Debtor. | ) | Judge: Hon. A. Benjamin Goldgar |
| ------------------------------------------------- | ) | |
| **Nancy Schaul, as Administrator for the** | ) | |
| **Estate of Gary Crawford**, | ) | |
| | ) | |
| Plainitff, | ) | |
| | ) | |
| vs. | ) | Adv. No. **13-01345** |
| | ) | |
| **Kimberly Gail Ludwig**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Konstantine T. Sparagis gsparagi@yahoo.com, gus@atbankruptcy.com; josietroester@msn.com; morgan@atbankruptcy.com; drew@atbankruptcy.com

PLEASE TAKE NOTICE that on the 21st day of February, 2014, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division movant's **REPLY TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS ADVERSARY**, a copy of which is attached hereto.

KIMBERLY GAIL LUDWIG

By: /s/David E. Cohen
Her Attorney

David E. Cohen
FISHER COHEN WALDMAN SHAPIRO, LLP
1247 Waukegan Road
Suite 100
Glenview, Illinois 60603
312/606-3451 – Tel
Attorney No. 6192149

## **CERTIFICATE OF SERVICE**

DAVID E. COHEN, duly sworn on oath, deposes and states that he caused a copy of the foregoing Notice together with a copy of the Reply to be served on the person(s) listed above via either 1) the Court's Electronic Notice System or 2) by U.S. First Class Mail, postage prepaid (if indicated) deposited on or before the 21st day of February, 2014 on or before 4:00 p.m.

                                                         /s/David E. Cohen
                                                         David E. Cohen